B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MEHP O'Hare Operating, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-1186996** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**% Kennedy Associates Real Estate Cnsl LP**<br>**1215 Fourth Ave, Ste. 2400**<br>**Attn: Jack Van Hartesvelt**<br>**Seattle, WA**  ZIP Code **98161** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook County, IL** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP Code | Mailing Address of Joint Debtor (if different from street address):  ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box)<br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other<br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:  **Chapter 11 Debtors**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **MEHP O'Hare Operating, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
- ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

- ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

  _____
  (Name of landlord that obtained judgment)

  _____
  (Address of landlord)

- ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
- ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
- ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                                                   **Page 3**

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**MEHP O'Hare Operating, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ DAVID K. WELCH**
Signature of Attorney for Debtor(s)

**DAVID K. WELCH 06183621**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**

Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**March  1, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ By: MEHP O'Hare Mgmt Inc., its Mgr. By: Jack vanHartesvelt**
Signature of Authorized Individual

**By: MEHP O'Hare Mgmt Inc., its Mgr. By: Jack vanHartesvelt**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March  1, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

450 United Here Local Union
PO Box 166
Forest Park, IL 60130

ADT Security Services Inc.
PO Box 371967
Pittsburgh, PA 15250-7967

Aloft Houston
Attn: Accounts Receivable
5415 Westheimer Rd.
Houston, TX 77056

A. J. Guzman Landscaping, Inc.
PO Box 2188
Joliet, IL 60434

ADT Security Services Inc.
PO Box 371956
Pittsburgh, PA 15250-7956

Alpha Baking Company, Inc.
36230 Treasury Center
Chicago, IL 60694

Accomodations Plus Int'l
1200 Route 109
Lindenhurst, NY 11757

Advance Glass Service, Inc.
5112 W. Irving Park Rd.
Chicago, IL 60641

Alphagraphics
1580 River Rd.
Des Plaines, IL 60018

ACM Elevator Company
54 Eisenhower Lane North
Lombard, IL 60148

Affiliated Custer Services Inc.
1411 Branding Lane, Ste. 260
Downers Grove, IL 60515

Ambassadors
240 Peachtree St., Ste. 22-s-10
Atlanta, GA 30303

ACM Engineering & Environmental
Services, Inc.
26598 US 20 West
South Bend, IN 46628

Aimbridge Employee Service
c/o Aimbridge Hospitality, LP
4100 Midway Rd., Ste. 2115
Carrollton, TX 75007

AMC Telephone Service Inc.
1006 Bonaventure Dr.
Elk Grove Village, IL 60007

Activaire, LLC
190 N. 10th St., Ste. 304
Brooklyn, NY 11211

Aimbridge Hospitality
4100 Midway Rd., Ste. 2115
Carrollton, TX 75007

Amenity Services
110 W. Dayton, Ste. #201
Edmonds, WA 98020

Active Electrical Supply
4240 W. Lawrence Ave.
Chicago, IL 60630

Airport Accomodations
PO Box 7045
Des Plaines, IL 60018

American Compressed
Gases Inc.
PO Box 715
Westwood, NJ 07675-0715

Addressograph Bartizan, LLC
PO Box 951639
Cleveland, OH 44193

All Pro Signs Inc.
16921 S. Western Ave.
Building 110
Gardena, CA 90247

American Express Finance Ctr.
Attn: HARC 51-01-02
20002 N. 19th Ave.
Phoenix, AZ 85027

ADP Inc.-Timesaver
PO Box 7247-0372
Philadelphia, PA 19170-0372

Allenpaper Company
641 West Lake St.
Chicago, IL 60661

American Hotel & Lodging
Education Foundation
1201 New York Ave. NW, #
Washington, DC 20005-3931

ADP, Inc.
PO Box 78415
Phoenix, AZ 85062-8415

Allied Waste Services #551
PO Box 9001154
Louisville, KY 40290-1154

American Hotel Register
16458 Collections Center Dr.
Chicago, IL 60693

Ameritech Cellular Services
1515 Woodfield Rd., Ste. 1400
Schaumburg, IL 60173

Arrowhead Conferences & Events, Inc
300 E. State St., Ste. 470
Redlands, CA 92373

Bell Fuels Inc.
5974 Payshpere Circle
Chicago, IL 60674

Amlings Interior Landscape
PO Box 88688
Carol Stream, IL 60188-0688

AS Hospitality
PO Box 504232
Saint Louis, MO 63150-4232

Blaine Window Hardware Inc.
17319 Blaine Dr.
Hagerstown, MD 21740

Anderson Lock Co.
PO Box 2294
Des Plaines, IL 60018

ASCAP
2675 Paces Ferry Rd S
Suite 350
Atlanta, GA 30339

Bluebonnet Consulting, Inc.
6350 LBJ Freeway, Ste. 262
Dallas, TX 75240

Anderson Pest Solutions
501 W. Lake St., Ste. 204
Elmhurst, IL 60126

Association of Pro Flight
1001 W. Euless #204
Euless, TX 76040-5009

Bold Hospitality Distribution
6009 W. Parker Rd., Ste. 149-130
Plano, TX 75093

Anderson Pest Solutions
General Office
219 W. Diversy
Elmhurst, IL 60126

AT&T
PO Box 8100
Aurora, IL 60507-8100

Booking.com BV
Lockbox #5295
5295 Payshere Circle
Chicago, IL 60674

Andrews Martin Mechanical Inc.
PO Box 1117
Lombard, IL 60148

AT&T
Dept. 0220
PO Box 120220
Dallas, TX 75312-0220

Brenda Palmer
% Aimbridge Hospitality
4100 Midway Rd., Ste. 2115
Carrollton, TX 75007

Andrews Martin Mechanical Inc.
1135 Litchfield Lane
Bartlett, IL 60103

AT&T Long Distance
PO Box 5017
Carol Stream, IL 60197-5017

Broadwing Communications LLC
Accounts Receivable
PO Box 952061
Saint Louis, MO 63195-2061

Aramark
1851 Howard St., Ste. F
Elk Grove Village, IL 60007

Baking Institute LLC
190 B. Shepard Ave.
Wheeling, IL 60090

Buckeridge Door Co. Inc.
15 E. University Dr.
Arlington Heights, IL 60004-1871

ARC Disposal & Recycling
PO Box 9001154
Louisville, KY 40290-1154

Ballard Rosenberg Golper
500 N. Brand Blvd., 20th Fl.
Glendale, CA 91203-1923

Bullock, Logan & Assoc. Inc.
169 Crossen Ave.
Elk Grove Village, IL 60007

Arizona Boiler Co., Inc.
8282 N. 75th Ave.
Peoria, AZ 85345

Battery Shack II
75 NE 6th Ave., Ste. 200
Delray Beach, FL 33483

Burke Warren MacKay & SerritellaP
330 N. Wabash Ave
22nd Fl.
Chicago, IL 60611-3607

Calumet Paint & Wallpaper
12120 Western Ave.
Blue Island, IL 60406

Chocolat Elegant Fondue, Inc.
69 E. Wagner Dr.
Melrose Park, IL 60164

Classic Snacks Inc.
1050 Atlantic Drive
West Chicago, IL 60185-5101

Cardinal Travel Service
4700 Homewood Court, Ste. 105
Raleigh, NC 27609

Chocolate Accents
684 Florida Central Parkway
Longwood, FL 32750

Coca-Cola Enterprises, Inc.
2335 Paysphere Circle
Chicago, IL 60674

CenterPoint Energy Svcs. Inc.
23968 Network Place
Chicago, IL 60673-1239

Christina Tzakis
c/o Aimbridge Hospitality
4100 Midway Rd., Ste. 2115
Carrollton, TX 75007

Collins Jetting
316 W. Northwest Hwy.
Arlington Heights, IL 60004

Centrada Solutions, LLC
1425 Greenway Dr., Ste. 500
Irving, TX 75038-2410

Church of God Penocostal
c/o Ray Davis
8806 Robin Dr.
Des Plaines, IL 60016

Collison and Company Inc.
15 Technology Parkway S Suite 250
Norcross, GA 30092

Central Continental Bakery
345 Scott Street
Elk Grove Village, IL 60007

Cintas #22
1025 National Parkway
Schaumburg, IL 60173

ComEd
PO Box 6112
Carol Stream, IL 60197-6112

Central Pension Fund Source
Remit Form Processing Dept. 76
Washington, DC 20055-0076

Cintas Corp. #769
1201 W. St. Charles Rd.
Maywood, IL 60153

Competitive Marketing Exchange
1721 W. Altgeld
Chicago, IL 60614

Cenveo Corporation
PO Box 802035
Chicago, IL 60680-2035

Cintas Corporation #769
97627 Eagle Way
Chicago, IL 60678-9760

Complete Salt Services
PO Box 172
Downers Grove, IL 60515

Check Mates Confectionary Co.
PO Box 1708
Sharon, CT 06069

Cintas Uniforms
97627 Eagle Way
Chicago, IL 60678

Condor Communications Ltd.
846A North York Rd.
Elmhurst, IL 60126

Chicago Convention & Tourism
E6050 Paysphere
Chicago, IL 60674

City Beverage
1401 E. Algonquin Rd.
Arlington Heights, IL 60005

Conference Direct
6301 Collins Ave. #2305
Miami Beach, FL 33141

Chicago Wolves
2301 Ravine Way
Glenview, IL 60025

Classic Party Rentals
9480 W. 55th
La Grange, IL 60525-3636

Conference Technology
Enhancement Inc.
981 Busse, PO Box 783
Elk Grove Village, IL 60009-0783

Contech MSI Co.
PO Box 1295
Bedford Park, IL 60499-1295

CSC Corporation Service Comp
PO Box 13397
Philadelphia, PA 19101-3397

Dow Jones & Co.
200 Burnett Rd.
Chicopee, MA 01020-4615

Cook Cnty Dept. of Public Health
Attn: Pool Program
1010 Lake St., Ste. 300
Oak Park, IL 60301-1133

Cvent Inc.
8180 Greensboro Drive
Suite 450
Mc Lean, VA 22102

Dow Jones & Company
Single Copy Sales
PO Box 30
Chicopee, MA 01020-9983

Cook County Collector
PO Box 641670
Chicago, IL 60664-1670

Darling International Inc.
PO Box 552210
Detroit, MI 48255-2210

DPHS
91 Tyngsboro Rd.
North Chelmsford, MA 01863

Cook County Treasurer
PO Box 4468
Carol Stream, IL 60197-4468

DayMark
12830 S. Dixie Highway
Bowling Green, OH 43402

Dreisilker Electric Motors Inc.
352 Roosevelt Rd.
Glen Ellyn, IL 60137

Coolastic Inc.
7621 Nottingham
Tinley Park, IL 60477

Debbie Foston
c/o Aimbridge Hospitality
4100 Midway Rd., Ste. 2115
Carrollton, TX 75007

Ducts Unlimited
Facilitec Central
3851 Clearview Court, Ste. ___
Gurnee, IL 60031

Corporate Express
PO Box 71217
Chicago, IL 60694-1217

Denali Spectrum Operations, LLC
c/o Cricket Communications, Inc.
10307 Pacific Center Court
San Diego, CA 92121

Dunbar Armored Inc.
PO Box 333
Baltimore, MD 21203

Corporate Insurance Solutions
McHenry Savings Bank
PO Box 143
Richmond, IL 60071-0143

DeNormandie
7780 S. Dante Ave.
Chicago, IL 60619

Dunbar Armored Inc.
P.O. Box 64115
Baltimore, MD 21264-4115

Covered Affairs
2642 Haymond St.
River Grove, IL 60171

Des Plaines
Chamber of Commerce
1401 Oakton St.
Des Plaines, IL 60018

Ecolab
PO Box 70343
Chicago, IL 60673-0343

Cozzini Inc.
350 Howard Ave.
Des Plaines, IL 60018

Direct Fitness Solutions, LLC
600 Tower Rd.
Mundelein, IL 60060

Ecolab Food Safety Solutions
24198 Network Place
Chicago, IL 60673-1241

Creation Entertainment
217 S. Kenwood
Glendale, CA 91205

Direct TV
PO Box 60036
Los Angeles, CA 90060-0036

Edmunds Sondors Contruction
126 Alhambra Ave.
Ventura, CA 93004

Edward Don & Company
2562 Paysphere Circle
Chicago, IL 60674

Extream Errigation Inc.
841 Brian Drive
Crest Hill, IL 60403

G.A.P. Mobile High Pressure
Cleaning
PO Box 7069
Chicago, IL 60680

Elavon, Inc.
SDS-12-2895
PO Box 86
Minneapolis, MN 55486-2895

Fedex
PO Box 94515
Palatine, IL 60094-4515

Gabby's Bagels Inc.
11241 Melrose Ave., Unit B
Franklin Park, IL 60131

Electrical Contractors Inc.
1252 Allanson Rd.
Mundelein, IL 60060

First Data
Attn: Louis Sablich
1307 Walt Whitman Rd.
Melville, NY 11747

Gardere Wynne Sewell LLP
1601 Elm St., Ste. 3000
Dallas, TX 75201-4761

Eller Media Company
4000 S. Morgan St.
Itasca, IL 60143

FirstEnergy
PO Box 3622
Akron, OH 44309-3622

Gaylord Indian Restaurant
555 Mall Drive
Schaumburg, IL 60173

Embassy Suites - Deerfield (27)
1445 Lake Cook Rd.
Deerfield, IL 60015

Flowerville Inc.
2624 E. Dempster
Park Ridge, IL 60068

Genisis Technologies
2942 MacArthur Blvd.
Northbrook, IL 60062

Entertainment Travel
Attn: Nick Gold
54 Music SQ East, Ste. 101
Nashville, TN 37203

Fort Dearborn Life Ins.
36788 Eagle Way
Chicago, IL 60678-1367

George International Travel
6285 Barfield Rd. #150
Atlanta, GA 30328

Envision EMI, LLC
1919 Gallows Rd., Ste. 700
Vienna, VA 22182

Fox Valley Fire & Safety Co.
2730 Pinnacel Drive
Elgin, IL 60124

Gold Standard Acommodations
7133 Lyndale Ave.
Minneapolis, MN 55423

Equipment International Ltd.
8237 N. Kimball Ave.
Skokie, IL 60076

FP Mailing Solutions
Dept. 4272
Carol Stream, IL 60122-4272

Grainger
Dept. 85071096
Palatine, IL 60038-0001

ERC Wiping Products, Inc.
19 Bennett St.
Lynn, MA 01905

Fuelman
PO Box 105080
Atlanta, GA 30348-5080

Great Lakes Services Inc.
972 N. DuPage Ave.
Lombard, IL 60148

Essential Events and Travel
1825 Barrett Lakes Blvd. St.
#310
Kennesaw, GA 30144

G. Neil Corporation
PO Box 451179
Fort Lauderdale, FL 33345-1179

Great Wall Airlines
4849 N. Scott St., #120
Schiller Park, IL 60176

Greater O'Hare Association
PO Box 1516
Elk Grove Village, IL 60009-1516

Heims Briscoe
20875 N. 90th Place
Scottsdale, AZ 85255

Hubert Company
PO Box 631642
Cincinnati, OH 45263-1642

Grumman/Butkus Assoc.
820 Davis Street, Suite 300
Evanston, IL 60201

Hereiu Local 450 H & W
PO Box 6557
Aurora, IL 60598-0557

Hyre Electric Co.
4415 W. Harrison, Ste. 503
Hillside, IL 60162

Guest Access, Int'l.
PO Box 201905
Dallas, TX 75320-1905

Hobart
ITW Food Equipment Gro
PO Box 2517
Carol Stream, IL 60132-2517

I.U.O.E. Local 399 E.T.F.
2260 S. Grove St.
Chicago, IL 60616

Guest Distribution
PO Box 910
Monmouth Junction, NJ 08852-0910

Hobart Service
PO Box 1363
Elk Grove Village, IL 60009

Ice Mountain Spring Water
PO Box 856680
Louisville, KY 40285-6680

H-O-H Water Technology
PO Box 487
Palatine, IL 60078

HOH Chemicals
PO Box 487
Palatine, IL 60078

Illinois Dept of Revenue
Retailer's Occupation Tax
Springfield, IL 62776-0001

Haolgen Supply Company Inc.
4653 W. Lawrence Ave.
Chicago, IL 60630-2588

Hoskins Motor Leasing Inc.
175 N. Arlington Hts. Rd.
Elk Grove Village, IL 60007

Illinois Deptment of Revenue
PO Box 19019
Springfield, IL 62794-9019

Hayes Mechanical
5959 South Harlem Ave.
Chicago, IL 60638-3131

Hospitality Performance Ntwk.
14500 N. Northsight Blvd., Ste. 300
Scottsdale, AZ 85260

Illinois Hotel & Lodging Assoc.
27 E. Monroe St., Ste. 1200
Chicago, IL 60603

HCA
PO Box 459
Grafton, IL 62037

Hotel Connections
444 Park Ave. South
Suite 802
New York, NY 10016

IMN Solutions
PO Box 932368
Atlanta, GA 31193-2368

HD Supply Facilities
PO Box 509058
San Diego, CA 92150-9058

Hotel Credit Association
PO Box 459
Grafton, IL 62037

Inncom International Inc.
277 West Main St.
Niantic, CT 06357

Helga Price
c/o Aimbridge Hospitality
4100 Midway Rd., Ste. 2115
Carrollton, TX 75007

Houston Vacuum Cleaner Co.
PO Box 2366
Huffman, TX 77336

InPro Corporation
5131 Paysphere Circle
Chicago, IL 60674

| | | |
|---|---|---|
| Jacob & Son, Inc.<br>3901 Industrial Ave.<br>Rolling Meadows, IL 60008 | Key Equipment Finance<br>PO Box 74713<br>Cleveland, OH 44194-0796 | Mary Lou Tworkowski<br>c/o Aimbridge Hospitality<br>4100 Midway Rd., Ste. 2115<br>Carrollton, TX 75007 |
| Jacob & Sons Inc.<br>3801 Industrial Ave.<br>Rolling Meadows, IL 60008 | Lawson Products, Inc.<br>2689 Paysphere Circle<br>Chicago, IL 60674 | McCloud Services<br>Accounting Dept.<br>2500 W. Higgins Rd., #85<br>Hoffman Estates, IL 60169-7266 |
| Jim Fitzgerald<br>c/o Aimbridge Hospitality<br>4100 Midway Rd., Ste. 2115<br>Carrollton, TX 75007 | Linda Kushnir<br>c/o Aimbridge Hospitality<br>4100 Midway Rd., Ste. 2115<br>Carrollton, TX 75007 | McMaster-Carr Supply Co.<br>PO Box 7690<br>Chicago, IL 60680-7690 |
| Johnson Controls Inc.<br>PO Box 905240<br>Charlotte, NC 28290 | Lisa Pharazis<br>c/o Aimbridge Hospitality<br>4100 Midway Rd., Ste. 2115<br>Carrollton, TX 75007 | McNaul Ebel Nawrot & Helgren<br>Suite 2700<br>One Union So600 University St.<br>Seattle, WA 98101-3143 |
| Johnson Water<br>220 W. St. Charles Rd.<br>Villa Park, IL 60181 | Local 727<br>PO Box 94471<br>Chicago, IL 60690-4471 | Med-Alert International Corp.<br>PO Box 60453<br>Houston, TX 77205 |
| Johnstone Supply<br>145 Lively Blvd.<br>Elk Grove Village, IL 60007 | LodgeNet Entertainment Corp.<br>PO Box 952141<br>Saint Louis, MO 63195-2141 | Meeting Solutions<br>2201 Wisconsin Ave.<br>Suite C120<br>Washington, DC 20007 |
| Just Tires<br>1180 Oakton St.<br>Des Plaines, IL 60018 | LogicLink<br>2929 Plymouth Rd., Ste. 207<br>Ann Arbor, MI 48105 | MEHP O'Hare Ownership LLC |
| JW Marriott Las Vegas Resort & Spa<br>221 N. Rampart Blvd.<br>Las Vegas, NV 89145 | Macke Water Systems, Inc.<br>PO Box 545<br>Wheeling, IL 60090-0545 | MEHP O'Hare Ownership LLC % K<br>Assoc R.E.Csl LP, Attn J vanHartes<br>1215 4th Ave., Ste. 2400<br>Seattle, WA 98161 |
| KDR Inc.<br>dba Commercial Service<br>2801 Toughy Ave., Unit E<br>Elk Grove Village, IL 60007 | Marble Design Inc.<br>4541 W. Lake St.<br>Chicago, IL 60624 | Mensching Piano Service<br>3064 Red Barn Rd.<br>Crystal Lake, IL 60012 |
| Kennedy Associates RealEstate<br>1215 Fourth Ave., Ste. 2400<br>Seattle, WA 98161 | Martin Supply Company Inc.<br>1942 Lehigh Ave. #E<br>Glenview, IL 60026 | Micros Systems, Inc.<br>PO Box 23747<br>Baltimore, MD 21203-5747 |

Midwest Exposition Services
35 North Garden Ave.
Roselle, IL 60172

Nationwide Hospitality Inc.
85 W. Algonquin Rd. #160
Arlington Heights, IL 60005

On Time Seafood LLC
PO Box 861977
Los Angeles, CA 90086-1977

MKD Electric Hol Party
1515 Commerce Dr.
Elgin, IL 60123

New Apostolic Church
2548 Deerpoint Drive
Montgomery, IL 60538

Overall Supply, Inc.
823 East Gate Drive, Unit #2
Mount Laurel, NJ 08054

MMG Worldwide
4601 Madison Ave.
Kansas City, MO 64112

NewMarket International, Inc.
PO Box 845707
Boston, MA 02284

Paige Company, Inc.
400 Kelby St.
Fort Lee, NJ 07024

Mohawk Finishing Products
PO Box 22000
Hickory, NC 28603-0220

Nicor Gas
PO Box 632
Aurora, IL 60507-0632

Parts Specialist Inc.
14639 Short St.
Posen, IL 60469

Morse Watchmans Inc.
2 Morse Rd.
Oxford, CT 06478

Northstar Pools LLC
1042 Benstein Ste. 101
Walled Lake, MI 43890

Parts Town
1120 DuPage Ave.
Lombard, IL 60148

MR David's Carpet Service
PO Box 66553
Chicago, IL 60666-0553

Northwest Collectors Inc.
3601 Algonquin Rd., Ste. 232
Rolling Meadows, IL 60008-3106

Pepsi Cola Gen Bot Inc.
75 Remittance Drive, Ste. 1884
Chicago, IL 60675-1884

Mussel Beach Inc.
Diamond Seafood
311 N. 2nd St.
Saint Charles, IL 60174

Occupational Health Centers of
the Southwest, P.A., P.C.
PO Box 488
Lombard, IL 60148

PKF, CPAs
A Professional Corporation
29 Broadway
New York, NY 10006

Nadeau's Ice Sculptures
7623 W. Roosevelt Rd.
Forest Park, IL 60130

Officemax Contract Inc.
75 Remittance Dr. 2698
Chicago, IL 60675-2698

Plitt Company
PO Box 5940
Carol Stream, IL 60197-5940

National Business Travel Assc.
Attn: Karen Robinson
110 N. Royal St., 4th Floor
Alexandria, VA 22314

OfficeMax Incorporated
75 Remittance Dr., #2698
Chicago, IL 60675-2698

Power Distributing LLC
24537 Network Place
Chicago, IL 60673-1245

Nationwide Hospitality
Dept. 20-1047
PO Box 5940
Carol Stream, IL 60197-5940

Omni Fort Worth Hotel
1300 Houston St.
Fort Worth, TX 76102

Powerhouse Unlimited Inc.
7345 N. Harlem, Unit D
Niles, IL 60714

Produce World
8800 Waukegan Rd.
Morton Grove, IL 60053

Robin Chaplick
c/o Aimbridge Hospitality
4100 Midway Rd., Ste. 2115
Carrollton, TX 75007

Scrub Inc.
6033 N. Milwaukee Ave.
Chicago, IL 60646


Property Tax Advisor LLC
PO Box 320099
Alexandria, VA 22320

Rojos
140 Long Meadow Drive
Burlington, WI 53105

Secretary of State Lic Renewal
Jessie White
3701 Winchester Rd.
Springfield, IL 62707-9700


Public Storage
Elk Grove/Touhy
2901 Touhy Ave.
Elk Grove Village, IL 60007

Rosemont Chamber of Commerce
9501 W. Devon Ave., Ste. 700
Des Plaines, IL 60018

SEE ATTACHED LIST


Purchase Power
PO Box 856042
Louisville, KY 40285

Rosemont Dept. of Public Safety
Attn: James O'Tolle-911 Coordinator
9501 W. Devon
Des Plaines, IL 60018

Servpro of Arlington Hts.
1340 Knollwood Circle
Crystal Lake, IL 60014


Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600

Rosemont Exposition Svcs
9291 Bryn Mawr
Des Plaines, IL 60018-5201

SESAC, Inc.
PO Box 900013
Raleigh, NC 27675-9013


RCMA
7702 Woodland Dr., Ste. 120
Indianapolis, IN 46278

Rosemont Florist
6133 N. River Rd. #130W
Des Plaines, IL 60018

Show Your Colors Flag Co. Inc.
2369 S. Trenton Way, Unit H
Denver, CO 80231


RD Services Inc.
210 W. Lincoln Highway
Hinckley, IL 60520

Royal Consumer Info Prod
1605 Payshere Circle
Chicago, IL 60674-1605

Skokie Valley Beverage Co.
199 Shepard Ave.
Wheeling, IL 60090


Redwood Systems Group
8231 W. 185th St.
Tinley Park, IL 60477

Sallie Mae Servicing Corp.
P.O.Box 9500
Wilkes Barre, PA 18773

Slice of Life Inc.
4120 W. Dempster
Skokie, IL 60076


Reinke Interior Supply Co.
PO Box 3369
Oak Park, IL 60303

San Diego National Bank fka US Bank
SanDiego Natl Bk, Attn: James Holl
1420 Kettner Ave., STe. 305
San Diego, CA 92101

Sobellinen
2670 S. Western Ave.
Las Vegas, NV 89109


RMS
Attn: claim #360666390-LI
PO Box 498
Richfield, OH 44286

Savvy Travel
1320 Pearl St.
Boulder, CO 80302

Society for Human Resource Mgt
PO Box 791139
Baltimore, MD 21279-1139

Southern Wine & Spirits of IL
2971 Paysphere Circle
Chicago, IL 60674-2971

Swank Audio Visuals, LLC
4037 Paysphere Circle
Chicago, IL 60674

TMS Mechanical Inc.
759 Ridgeview Dr.
McHenry, IL 60050

Specials Inc.
4335 W. 31st St.
Chicago, IL 60623

Sysco Food Service-Chicago
PO Box 5037
Des Plaines, IL 60017-5037

Todd Reparsky
2548 Deerpoint Dr.
Montgomery, IL 60538

Spring Air Filter Inc.
525 E. Arrellaga #10
Santa Barbara, CA 93103

T & M Cleaners
1732 W. Golf Rd.
Mount Prospect, IL 60056

Tom Ranch, Inc.
23-B Pimentel Court
Novato, CA 94949-5661

Sprint
PO Box 4181
Carol Stream, IL 60197-4181

TCF Equipment Finance, Inc.
PO Box 650
Hopkins, MN 55343-0650

Tour Connection, Inc.
226 Walnut, Ste. A
Rochester, MI 48307

Staples
PO Box 71217
Chicago, IL 60694-1217

TCG Equipment Finance
Attn: Greg Payer
11100 Wayzata Blvd, Ste. 801
Minnetonka, MN 55305

Town & Country Dist. Inc.
1050 W. Ardmore Ave.
Itasca, IL 60143

Stuever & Sons Inc.
22W010 Byron
Addison, IL 60101

Teamster Local Union 727
PO Box 94433
Chicago, IL 60690-4433

Travel Advocates, Inc.
c/o Jason Wood
720 Monroe St., Ste. E50
Davis, OK 73030

Suez Energy Resources
PO Box 25237
Lehigh Valley, PA 18002

Tee Jay Service Company, Inc.
951 N. Raddant Rd.
PO Box 369
Batavia, IL 60510-3069

Travel Tech
2180 Broadway, 2nd Fl.
New York, NY 10024

Superior Meeting Services
4424 E. Morning Vista Lane
Cave Creek, AZ 85331

The Carper Company
132 N. El Camino Real
Suite 387
Encinitas, CA 92024

Turbo Cleaning Service Inc.
3501 W. Belden Ave.
Chicago, IL 60647

Supreme Waffles, Inc.
PO Box 455
Lisle, IL 60532

The Fun Ones
Attn: David Spart
831 S. Rohlwing Rd.
Addison, IL 60101

Unicare
233 S. Wacker Dr., Ste. 3900
Chicago, IL 60606

Susan J. Kussow
c/o Aimbridge Hospitality
4100 Midway Rd., Ste. 2115
Carrollton, TX 75007

The Silk Thumb
1822 Second St.
Highland Park, IL 60035

United Business Solutions
2171 Executive Dr., Ste. 250
Addison, IL 60101

United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577

VingCard Elsafe Timelox
6531 International Parkway
Ste. 100
Richardson, TX 75081

White Way Sign Company
39512 Treasury Center
Chicago, IL 60694-9500

UPS
PO Box 7247-0244
Philadelphia, PA 19170-0001

VSP
File #73280
PO Box 60000
San Francisco, CA 94160-3280

Wink Productions
4000 Bayside Dr., #104
Palatine, IL 60074

UPS Supply Chain Solutions Inc.
28013 Network Place
Chicago, IL 60673-1280

Wabash Seafood Co.
2249 W. Hubbard
Chicago, IL 60612

Wirtz Beverage Illinois
PO Box 809180
Chicago, IL 60680-9180

US Bank Assoc.% J.Berlin & S.Kaplan
Jaffe & Berlin LLC
111 W. Washington St., Ste. 1401
Chicago, IL 60602

Waco's All About Travel
4700 Bosque Blvd., Ste. C
Waco, TX 76710

Wise Equipment & Rentals Inc.
1475 Rodenburg Rd.
Schaumburg, IL 60193

US Travel
2003 Western Ave., Ste. 445
Seattle, WA 98121

Waldan Electronics
1401 S. Clifton Ave.
Park Ridge, IL 60068

Wyndham Franchise Systems LLC
16574 Collection Center Dr.
Chicago, IL 60693

USA Today
PO Box 79782
Baltimore, MD 21279-0782

Ward Door Specialist
219 W. Diversey Ave.
Elmhurst, IL 60126

Wyndham O'Hare c/o Aimbridge
Hospitality, Attn: Zach Lietzau
4100 Midway Rd., Ste. 2115
Carrollton, TX 75007

V&L Equipment
6415 Ravenswood Ave.
Chicago, IL 60629

Wayport Cyber Center
PO Box 120220, Dept. 0220
Dallas, TX 75312

Wyndham O'Hare c/o Airbridge
Hospitality, Attn:  Lori DiMartini
4100 Midway Rd., Ste. 2115
Carrollton, TX 75007

Vanguard Energy Services
Department 2071
Tulsa, OK 74182

Wayport, Inc.
PO Box 120220
Dept. 0220
Dallas, TX 75312-0220

Wyndham Orlando Resort
8001 International Drive
Orlando, FL 32819

Village of Rosemont
9501 W. Devon Ave.
Des Plaines, IL 60018

Wells Fargo Insurance Services
PO Box 84581
Seattle, WA 98124-5881

Wyndham Rewards Purchase Point
%Point International, Attn: L. West
179 John St., 8th Floor
Toronto, ON MST1X4

Village of Rosemont Water Dept.
7048 N. Barry St.
Des Plaines, IL 60018

WHC Franchise Corporation
1950 Stemmons Freeway, Ste. 6001
Dallas, TX 75207

Yellow Pages
Mail Processing Center, US-Yellow
PO Box 3110
Jersey City, NJ 07303-3110